**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**UNITED STATES OF AMERICA**

**Plaintiff,**

**v.**

Case No. 25-10050-02-EFM

**GAVIN ONUFFER**

**Defendant.**

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR VARIANCE AND DEPARTURE (DOC. 77)**

Gavin Onuffer's correctly calculated guideline sentence is 121-151 months (PSR ¶ 145). Pursuant to the plea agreement, the Government agreed to recommend a low-end sentence and allow the defendant the right to request a variance (PSR ¶ 14).

Defendant filed a motion for variance and departure (Doc 77). The defendant largely reiterates his objections to the PSR which were already addressed by the United States and Probation. Contrary to the Defendant's claims, there is no attempt by the United States to "push the guideline calculation to its limits." Rather, the United States agrees with Probation that the Guidelines are correctly calculated. Because defendant's guideline objections are addressed in the PSR, the United States will not address those arguments here and instead will incorporate its responses in the PSR.[1] The United States notes that the Defendant failed to provide a single case cite in his objections and further failed to do so in his motion.

Defendant also generally claims that he should receive a variance down to 5 years for a variety of reasons. The United States will discuss this further at the hearing, but the facts do not

[1] The 4-point sadistic behavior enhancement found in Paragraph 69 is covered in Paragraphs 197-205. The 5 point "video images" enhancement found in Paragraph 71 is addressed in Paragraphs 206-216. Defendant also objects, seeking a minimal participant reduction, which is covered in Paragraphs 217-224.

support a variance. (*See, e.g.,* PSR ¶ 52 which details Defendant's conversation concerning a real 12-year-old girl who Gavin said "looks easily manipulated" and is someone he would like to use her mouth for "tasting your little holes off of dad's cock [o]r drinking your dad's cum out of your little asshole.).

Respectfully submitted,

RYAN KRIEGSHAUSER
United States Attorney

*s/ Molly M. Gordon*
MOLLY M. GORDON
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: molly.gordon@usdoj.gov
Ks. S. Ct. No. 23134

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that a true and correct copy of the above Motion was provided this 17th day of August 2026, to the attorney for the defendant, Mark Sevart.

*s/ Molly M. Gordon*
MOLLY M. GORDON
Assistant United States Attorney